L. Edward Humphrey, Esq., NSB 9066
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 202
Reno, Nevada 89501
Tel:     (775) 420-3500
Fax:     (775) 683-9917
ed@hlawnv.com
*Attorney for Defendant, National Credit Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELA GRIGORYAN,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CLARITY SERVICES, INC.; COLLECTTECH; NATIONAL CREDIT SYSTEMS, INC.; PROPERTY RECEIVABLES, CORP.,<br><br>Defendants. | CASE NO.:  2:24-cv-01913-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CREDIT SYSTEMS, INC. TO RESPOND TO COMPLAINT (LR IA 6-2)**<br><br>**FIRST REQUEST**<br><br>Current Response Date:  March 24, 2025<br>New Response Date:       April 23, 2025 |

Pursuant to LR IA 6-2, Defendant National Credit Systems, Inc. ("Defendant") requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Kela Grigoryan ("Plaintiff") has no opposition.

Accordingly, Plaintiff and Defendant HEREBY STIPULATE AND AGREE, by and through their respective counsel of record, that Defendant's time to answer, move or otherwise respond to the Complaint is extended to April 23, 2025. Defendant requested this extension so that it would have additional time to review its files and continue its discussions with Plaintiff's counsel regarding the allegations in the Complaint.  This stipulation is filed in good faith and not intended to cause delay.

1

1          Respectfully submitted, this 24th day of March, 2025.

2    **HUMPHREY LAW PLLC**                    **FREEDOM LAW FIRM, LLC**

3    /s/ *L. Edward Humphrey*                 /s/ *Gerardo Avalos*
     L. Edward Humphrey, Esq. – NV Bar 9066   Gerardo Avalos, Esq. – NV Bar 15171
4    201 W. Liberty St., Suite 202            8985 S. Eastern Ave., Suite 100
     Reno, NV 89501                           Las Vegas, NV 89123
5    775-683-9917                             702-880-5554
     Email:  ed@hlawnv.com                    Email:  gavalos@freedomlegalteam.com
6
     *Attorney for Defendant*                 *Attorney for Plaintiff*
7    *National Credit Systems, Inc.*          *Kela Grigoryan*

8

9

10                              **ORDER**

11         In accordance with the parties' joint stipulation, IT IS THEREFORE ORDERED that the
     deadline for Defendant National Credit Systems, Inc. to respond to Plaintiff's Complaint for
12   Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681, et. seq., filed October 15,
     2024 at ECF No. 1, is hereby extended to April 23, 2025.
13
           **IT IS SO ORDERED**.
14
                                   _____
15                                 UNITED STATES MAGISTRATE JUDGE

16                                 DATED:        3 / 2 5 / 2 0 2 5

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on March 24, 2025, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: March 24, 2025

By:    /s/ L. Edward Humphrey