George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Kela Grigoryan*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kela Grigoryan, <br><br> Plaintiff, <br><br> v. <br><br> Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC; Clarity Services, Inc.; CollectTech; National Credit Systems, Inc.; Property Receivables, Corp. and New Earth Residential, LLC, <br><br> Defendants. | Case No.: 2:24-cv-01913 <br><br> **Stipulation for dismissal of Property Receivables, Corp. with prejudice**  and Order |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kela Grigoryan and Property Receivables, Corp. stipulate to dismiss Plaintiff's claims against Property Receivables, Corp. with prejudice.

///

_____

STIPULATION                                       - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 13, 2025.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kela Grigoryan*

**HALL & EVANS, LLC**

/s/ *Charles Eugene Deskins II*
Kurt R. Bonds, Esq.
Charles Eugene Deskins II, Esq.
1160 N. Town Center Drive, Suite 330
Las Vegas, NV 89123
*Counsel for Property Receivables, Corp.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: October 16, 2025