George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Kela Grigoryan*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kela Grigoryan, | Case No.: 2:24-cv-01913 |
| Plaintiff, | |
| v. | **Stipulation for dismissal of National Credit Systems, Inc. with prejudice** |
| Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC; Clarity Services, Inc.; CollectTech; National Credit Systems, Inc.; Property Receivables, Corp. and New Earth Residential, LLC, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kela Grigoryan and National Credit Systems, Inc. stipulate to dismiss Plaintiff's claims against National Credit Systems, Inc. with prejudice.

///

_____

STIPULATION                                   - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 8, 2025.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kela Grigoryan*

**HUMPHREY LAW PLLC**

*/s/ L. Edward Humphrey*
L. Edward Humphrey, Esq.
201 W. Liberty Street, Suite 202
Reno, Nevada 89501
*Counsel for National Credit Systems, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: October 23, 2025