1  George Haines, Esq.
   Nevada Bar No. 9411
2  Gerardo Avalos, Esq.
   Nevada Bar No. 15171
3
   **FREEDOM LAW FIRM, LLC**
4  8985 South Eastern Ave., Suite 100
   Las Vegas, NV 89123
5  ghaines@freedomlegalteam.com
   gavalos@freedomlegalteam.com
6  Phone: (702) 880-5554
   FAX: (702) 385-5518
7  *Attorneys for Kela Grigoryan*
8
9
10              **UNITED STATES DISTRICT COURT**
11                   **DISTRICT OF NEVADA**
12
   Kela Grigoryan,                        Case No.: 2:24-cv-01913
13
14              Plaintiff,                **Unopposed Motion for Extension of**
                                          **Time to File Dismissal Documents**
15         v.
16
   Equifax Information Services LLC;
17 Experian Information Solutions, Inc.;
18 Trans Union LLC; Clarity Services,
   Inc.; CollectTech; National Credit
19 Systems, Inc.; Property Receivables,
20 Corp. and New Earth Residential, LLC,
21
22              Defendants.
23
24      The dispute between Kela Grigoryan ("Plaintiff") and New Earth Residential,
25 LLC ("Defendant") (together as the "Parties") has been resolved.
26      On July 25, 2025, Plaintiff filed a Notice of Settlement and requested 60 days
27 to file dismissal documents. ECF No. 41.

_____

STIPULATION                           - 1 -

On September 30, 2025, Plaintiff filed the First Status Report and requested another 30 days to file dismissal documents. ECF No. 47.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **November 26, 2025**, to file dismissal documents.

Dated: October 27, 2025.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsels for Kela Grigoryan*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:_____October 28, 2025_____

_____
STIPULATION                    - 2 -