George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Kela Grigoryan*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kela Grigoryan,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC; Clarity Services, Inc.; CollectTech; National Credit Systems, Inc.; Property Receivables, Corp. and New Earth Residential, LLC,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01913<br><br>**Stipulation for dismissal of New Earth Residential, LLC with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kela Grigoryan and New Earth Residential, LLC stipulate to dismiss Plaintiff's claims against New Earth Residential, LLC with prejudice.

///

///

///

_____

STIPULATION　　　　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 5, 2025.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kela Grigoryan*

**MARQUIS AURBACH**

/s/ *Terry A. Moore*
Terry A. Moore, Esq.
Collin M. Jayne, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
*Counsel for New Earth Residential, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: November 12, 2025

STIPULATION - 2 -